IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY *cg*

05 APR 18 AM 9:0_

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| TOMMY TAYLOR, | ) ) |
| Defendant. | ) ) |

Criminal No. 04-20031-D/P

### ORDER REVOKING THE DEFENDANT'S BOND

By agreement of the government and the defendant, the defendant's bond is revoked. It is hereby ORDERED, ADJUDGED AND DECREED THIS **15** day of April, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE
BERNICE B. DONALD

DATE: 4/15/05

APPROVED: _____
Camille R. McMullen
Assistant United States Attorney
167 N. Main St., Ste. 800
Memphis, TN 38103
(BPR #018202)

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __4-18-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:04-CR-20031 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT